United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO, INC., | No. C 10-05930 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE |
| JAY YOON, ET AL | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recent case reassignment from Magistrate Judge Spero to Chief Judge James Ware has been reset to **April 11, 2011 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.  The parties shall file a joint case management conference statement on or before **April 1, 2011.**

Dated:  January 7, 2011

FOR THE COURT,
Richard W. Wieking, Clerk


by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy