IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sanrio, Inc., | NO. C 10-05930 JW |
|         Plaintiff,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Jay Yoon, | |
|         Defendant. | |

This case is scheduled for a Case Management Conference on April 11, 2011. Plaintiff has recently filed a Request for Entry of Default with the Clerk of Court. (See Docket Item No. 13.) In light of the pending request and anticipated dispositive Motion for Default Judgment, the Court finds a conference unnecessary at this time.

Accordingly, the Court VACATES the April 11 Conference. The Court will set a new Conference date in its Order addressing the dispositive Motion, if necessary.

Dated: April 6, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

J. Andrew Coombs andy@coombspc.com
Nicole Lynn Drey nicole@coombspc.com

**Dated: April 6, 2011**          **Richard W. Wieking, Clerk**

                                  **By:      /s/ JW Chambers
                                        Elizabeth Garcia
                                        Courtroom Deputy**