IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANRIO, INC., | NO. 5:10-cv-05930-EJD |
| Plaintiff(s), <br> v. | **ORDER SETTING HEARING ON MOTION FOR DEFAULT JUDGMENT** |
| JAY YOON, | |
| Defendant(s). | |

On April 6, 2011, the Clerk entered default as to Defendant Jay Yoon (See Docket Item No. 14). On April 6, 2011, Judge James Ware, vacated the previously set case management conference in light of the entry of default and anticipated dispositive motion (See Docket Item No. 15). On April 25, 2011 the case was transferred to this Court for all proceedings (See Docket Item No. 16). To date, Plaintiff has failed to file a Motion for Default Judgment and to file a case management conference statement pursuant to the April 25 Reassignment Order.

Accordingly, the Court sets an Anticipated Hearing on a Motion for Default Judgment as to Defendant Jay Yoon on **September 30, 2011 at 9 a.m.** in Courtroom 1, 5th Floor, San Jose. Plaintiff shall file its Motion for Default Judgment on or before **August 26, 2011.**

**IT IS SO ORDERED.**

Dated:   August 17, 2011

EDWARD J. DAVILA
United States District Judge